**93–1135.** State v. Barnett. *Seneca County*, No. 13–92–3. On motion to take jurisdiction and to release appellee. Motion denied.

DOUGLAS, J., would treat this cause as one in habeas corpus and order a response.

PFEIFER, J., dissents and would grant the motion.

**93–1453.** Office of Consumers' Counsel v. Pub. Util. Comm. Public Utilities Commission, No. 93–343–TP–ATA. On motion for leave to amend brief of appellee. Motion granted.

**93–1554.** Springfield Local School Dist. Bd. of Edn. v. Lucas Cty. Budget Comm. Board of Tax Appeals, Nos. 90–G–87, 90–G–401, 91–G–26 and 91–G–293. On motion for leave to file *amicus* of County Auditors' Association of Ohio. Motion granted.

**93–1882.** McCoy v. Western Reserve Mut. Lightning Rod Mut. Ins. Co. *Montgomery County*, No. 13808. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers and for extension to file brief. Motion granted.

On motion for leave to file *amicus* of Ohio Insurance Institute. Motion granted.

**93–1908.** Iskowiz v. Whitt. *Cuyahoga County*, No. 62030. On motion for leave to file instanter. Motion granted. On motion for rehearing. Motion denied.

**93–2045.** State ex rel. Sweet v. Hancock Cty. Bd. of Elections. *Hancock County*, No. 5–93–15. On motion for leave to file *amicus* of Hancock County Republican Central Committee. Motion granted.

**93–2190.** State v. DeMuth. *Erie County*, No. E–90–51. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**93–2193.** State v. Pollock. *Lucas County*, No. L–92–034. On motion for leave to file memorandum in support instanter. Motion granted.

MOYER, C.J., WRIGHT and F.E. SWEENEY, JJ., dissent.

On motion for leave to exceed page limit. Motion denied.

A.W. SWEENEY and DOUGLAS, JJ., dissent.

**93–2294.** State v. Van Sickle. *Franklin County*, No. 92AP–1633. On motion for leave to file *amicus* of Ohio Prosecuting Attorneys Association. Motion granted.

**93–2298.** State v. Boxx. *Sandusky County*, No. S–92–10. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**93–2300.** Okosun v. Insurx, Inc. *Cuyahoga County*, No. 65593. On motion for leave to file memorandum in support instanter. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–2519.** Roper v. Allen Correctional Inst. This cause originated in this court on the filing of a request for a writ of supersedeas and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that the writ be, and the same is hereby, denied, effective December 22, 1993.

**93–2535.** State ex rel. Sciulli v. Cuyahoga Cty. Court of Appeals. In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition. Upon consideration of relator's request for an alternative writ,

IT IS ORDERED by the court that the request for alternative writ be, and the same is hereby, granted, and respondent is restrained from enforcing its Journal Entry of December 13, 1993 in Cuyahoga County, Ohio, Eighth Judicial District of Ohio, case No. 66604, *David A. Kaufman et al. v. Henry W. Sciulli.*

IT IS FURTHER ORDERED by the court that respondent show cause on or before January 12, 1994, why the peremptory writ should not be issued.

RESNICK and PFEIFER, JJ., dissent.